UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ADRIENNE C. CROOM, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:18-CV-6-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 17]. Plaintiff's motion for judgment on the pleadings [D.E. 12] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 14] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on November 16, 2018, and Copies To:**
Kristin G. Oakley                                       (via CM/ECF electronic notification)
Amanda B. Gilman                                   (via CM/ECF electronic notification)

DATE:                                               PETER A. MOORE, JR., CLERK
November 16, 2018                      (By) /s/ Nicole Sellers
                                                           Deputy Clerk